# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| AQUILLA TERRELL RANDOLPH, | |
| Petitioner, | CIVIL ACTION NO.: 2:16-cv-12 |
| v. | |
| WARDEN VINCE FLOURNOY, | (Case No. 2:14-cr-32) |
| Respondent. | |

## **O R D E R**

This matter is before the Court on the Government's Motion to Stay Proceedings. (Doc. 3.) In its Motion, the Government requests that this 28 U.S.C. § 2255 proceeding be stayed until after the conclusion of Randolph's pending direct appeal. (Id.) After careful consideration, Respondent's Motion is **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED that all proceedings in the present case and in the related criminal case regarding Randolph's 28 U.S.C. § 2255 Motion are stayed until resolution of Randolph's direct appeal. Upon entry of an Order in this Court on the issuance of a decision by the Eleventh Circuit on Randolph's direct appeal, the Government shall have thirty (30) days to file a Response to Randolph's § 2255 Motion.

**SO ORDERED**, this 18th day of February, 2016.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA